**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| CYNTHIA L. DAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-cv-1430 |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Plaintiff's counsel Charles E.

Binder's Motion for an Award of Attorney Fees under 42 U.S.C. § 406(b)(1)

(d/e 30) (Motion).  The Defendant Commissioner has no objection to the

Motion.  Commissioner's Notice of No Opposition to Plaintiff's Petition for

Approval of Attorney's Fees Pursuant to 42 U.S.C. § 406(B)(1) (d/e 32).

Upon review of the Motion, the accompanying supporting documents, and

the Memorandum of Law in Support of Plaintiff's Petition for Attorney Fees

Pursuant to 42 U.S.C. § 406(b)(1) (d/e 31), the Court finds that the

Plaintiff's counsel is entitled to the fees sought pursuant to § 406(b)(1).

THEREFORE, IT IS ORDERED that Plaintiff's Counsel Charles E.

Binder's Motion for an Award of Attorney Fees under 42 U.S.C. § 406(b)(1)

(d/e 30) is ALLOWED.  The Court awards to Plaintiff's Counsel Charles E. Binder attorney fees in the amount of $14,181.00, which represents twenty-five percent (25%) of the past due benefits.  Upon receipt of this sum, the Court orders Plaintiff's Counsel Charles E. Binder to remit directly to the Plaintiff Cynthia L. Dawson the previously awarded Equal Access to Justice Act fees of $7,300.00.

ENTER:   May 24, 2018

_____s/ Tom Schanzle-Haskins_____
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE